UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CARL ALONZO BROOKS, <br><br> Petitioner, <br><br> v. <br><br> INDETERMINATE SENTENCE REVIEW BOARD, <br><br> Respondent. | No. C10-5794 BHS/KLS <br><br> ORDER DIRECTING SUBSTITUTION OF PARTY |

Mr. Brooks has filed a petition for writ of habeas corpus naming the Indeterminate Sentence Review Board as Respondent. ECF No. 4. The proper respondent to a habeas petition is the "person who has custody over [the petitioner]." 28 U.S.C. § 2242; see also § 2243; *Brittingham v. United States*, 982 F.2d 378 (9th Cir. 1992); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989). According to his petition, Mr. Brooks is currently confined at the Washington State Penitentiary. The Superintendent of the Washington State Penitentiary is Stephen D. Sinclair.

Accordingly, the Clerk of Court is directed to substitute Stephen D. Sinclair as the Respondent in this action. The Clerk shall send copies of this Order to Petitioner and counsel for Respondent.

DATED this  17th  day of November, 2010.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1