1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

6
7
8
9

CARL ALONZO BROOKS,

                              Petitioner,

     v.

STEPHEN D. SINCLAIR,

                              Respondent.

No. C10-5794 BHS/KLS

**REPORT AND RECOMMENDATION**
**Noted For:  December 24, 2010**

10
11          This case has been referred to Magistrate Judge Karen L. Strombom pursuant to 28

12   U.S.C. § 636(b)(1) and Local MJR 3 and 4.  Petitioner Carl Alonzo Brooks is a Washington state

13   inmate at the Washington State Penitentiary in Walla Walla, Washington.  Mr. Brooks filed his

14   petition for writ of habeas corpus and an application to proceed *in forma pauperis* on October 28,

15   2010.  ECF No. 1.  On November 15, 2010, Mr. Brooks paid the $5.00 filing fee (Receipt No.

16   SEA037766).  ECF No. 4.  Because Mr. Brooks has paid the filing fee, the Court should deny the

17   application to proceed *in forma pauperis.*

18
19                                        **DISCUSSION**

20          A district court may permit indigent litigants to proceed *in forma pauperis* upon

21   completion of a proper affidavit of indigency.  See 28 U.S.C. § 1915(a).  However, the court has

22   broad discretion in denying an application to proceed *in forma pauperis.*  *Weller v. Dickson,* 314

23   F.2d 598 (9th Cir. 1963), cert. denied, 375 U.S. 845 (1963).

24          Mr. Brooks paid the $5.00 filing fee on November 15, 2010.  Therefore, his application to

25   proceed *in forma pauperis* is moot.

26

REPORT AND RECOMMENDATION - 1

**CONCLUSION**

Because Mr. Brooks has paid the filing fee, the undersigned recommends that the Court deny his application to proceed *in forma pauperis* (ECF No. 1).

Pursuant to 28 U.S.C.§ 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure (Fed. R. Civ. P.), Petitioner shall have fourteen (14) days from service of this Report and Recommendation to file written objections thereto. See also Fed. R. Civ. P. 6.  Failure to file objections will result in a waiver of those objections for purposes of appeal.  *Thomas v. Arn*, 474 U.S. 140 (1985).  Accommodating the time limit imposed by Rule 72(b), the clerk is directed set this matter for consideration on **December 24, 2010**, as noted in the caption.


DATED this   2nd   day of December, 2010.


Karen L. Strombom
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2