1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CARL ALONZO BROOKS,

        Petitioner,

    v.

STEPHEN D. SINCLAIR

        Respondent.

Case No. C10-5794BHS

ORDER ADOPTING REPORT
AND RECOMMENDATION

    This matter comes before the Court on the Report and Recommendation of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 11). The Court having considered the Report and Recommendation and the remaining record, and no objections by Petitioner having been filed, does hereby find and order:

    (1)    The Court adopts the Report and Recommendation; and

    (2)    Petitioner's motion to proceed in forma pauperis is **DENIED**.

    DATED this 10th day of January 2011

                              BENJAMIN H. SETTLE
                              United States District Judge

ORDER