UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CARL ALONZO BROOKS,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>INDETERMINATE SENTENCE REVIEW BOARD, et al.,<br><br>　　　　　Respondents. | Case No. C10-5794BHS<br><br>ORDER REFERRING CASE TO MAGISTRATE JUDGE |

　　This matter is **REFERRED** to United States Magistrate Judge Karen L. Strombom, pursuant to 28 U.S.C. § 636(b)(1), Local Rules MJR 3 and 4, and Fed. R. Civ. P. 72.

　　DATED this 25th day of July, 2011.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　BENJAMIN H. SETTLE
　　　　　　　　　　　　　　　　United States District Judge

ORDER